**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————————

**No. 07-7272**

—————————————

KRIS SARAYN KOLLYNS,

Plaintiff - Appellant,

and

JONATHAN C. FRANCIS; JAMES B. PRICE,

Plaintiffs,

versus

RUSSELL HUGHES, DR.; BRENDA E. YOUNG-RICE;
FRED PAUER; REVEREND SMITH; LIEUTENANT ABNEY;
THE SOUTH CAROLINA DEPARTMENT OF MENTAL
HEALTH, for injunctive relief; DOCTOR CHAVEZ,
in their personal capacities,

Defendants - Appellees.

—————————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (3:05-cv-00090-JFA)

—————————————

Submitted:  November 28, 2007      Decided:  December 19, 2007

—————————————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————————

Affirmed by unpublished per curiam opinion.

—————————————

Kris Sarayn Kollyns, Appellant Pro Se.  Ginger Dee Goforth, Andrew Todd Darwin, HOLCOMBE, BOMAR, GUNN & BRADFORD, PA, Spartanburg, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kris Sarayn Kollyns appeals the district court's judgment adopting in part the magistrate judge's reports and recommendations, granting summary judgment to the Appellees and dismissing his civil rights complaint. We have reviewed the record and the district court's orders and affirm for the reasons cited by the district court. <u>See</u> <u>Kollyns v. Hughes</u>, No. 3:05-cv-00090-JFA (D.S.C. Sept. 22, 2006; Aug. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>